UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

James A. Scandrick,  Case No.: 14-45465-wsd
 Chapter 13
     Debtor.  Hon. Walter Shapero
_____/

## OPINION GRANTING COUNSEL'S FEE APPLICATION

Debtor's counsel filed a Fee Application (Dkt. 64), to which the Debtor objected. The Court held a hearing on April 13, 2015 and directed counsel to file a pleading responsive to the Debtor's objection. Having reviewed the same, it appears that this case was dismissed both because of delinquent payments and failure to submit certain documents. *See* Dkt. 62. Debtor's references to a prior dismissal of this case appears to actually refer to the dismissal of a prior separate Chapter 13 case (13-60165). In light of such, the Court will overrule Debtor's objection. Counsel shall (a) serve this Opinion on the Debtor and (b) electronically submit an appropriate order, with presentation being waived.

Signed on April 22, 2015

                                              /s/ Walter Shapero
                                   Walter Shapero
                                   United States Bankruptcy Judge